No. 80–64. EGBERT *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.